August 27, 2004

Ms. Marie R. Yeates
Vinson & Elkins L.L.P.
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760
Mr. Levon G. Hovnatanian
Martin Disiere Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, TX 77002

RE: Case Number: 02-1009
 Court of Appeals Number: 01-96-01595-CV
 Trial Court Number: 88-10732

Style: TOM ALEXANDER, INDIVIDUALLY, AND ALEXANDER & MCEVILY
 v.
 TURTUR & ASSOCIATES, INC., MARIO TURTUR, STEVE TURTUR, AND TURTUR &
 ASSOCIATES

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Owen and Justice
Schneider not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Margie |
| |Thompson |